# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142795(20)

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellee,

v

ARNOLD D. DUNCHOCK,
        Respondent-Appellant.

SC: 142795
ADB: 09-000051-GA

_____/

On order of the Court, the motion for reconsideration of this Court's September 7, 2011 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

_____
Clerk

d1114